IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24 CR 503 |
| | ) | |
| v. | ) | Honorable Matthew Kennelly |
| | ) | Judge Presiding |
| RAMONE BRADLEY and | ) | |
| EDMUND SINGLETON, | ) | |
| | ) | |
| DefendantS. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE RULE 29 AND 33 MOTIONS**

Now come RAMONE BRADLEY and EDMUND SINGLETON, by counsel, requesting that this court grant them an additional 30 days to file Rule 29 and Rule 33 motions, until August 28, 2025. The government does not oppose this request.

                                                        Respectfully submitted,

                                                        /s/ Steven A. Greenberg
                                                        One of Defendant's Attorneys

STEVEN A. GREENBERG
GREENBERG TRIAL LAWYERS
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604
(312) 879-9500
Steve@GreenbergCD.com

1